UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

ANTHONY W. ZINNI,

      Plaintiff,

v.

ER SOLUTIONS, INC.,

      Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, ANTHONY W. ZINNI, is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

4.      Defendant, ER SOLUTIONS, INC., is a professional corporation and citizen of the State of Washington with its principal place of business at 800 Southwest 39th Street, Renton, Washington 98055.

5.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

8.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.     Defendant left the following messages on Plaintiff's voice mail on his residential telephone on or about the dates stated:

May 29, 2009
Hi.  This message is for Anthony Zinni.  My number is 877-897-3900.  If this is not Anthony, then please disconnect and hang up now.  If this is Anthony, then please continue to listen to this message.  By continuing to listen to this message, you are acknowledging that you are the person I asked for.  My name is Cheyenne.  I am calling with ER Solutions.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  I do need a return call today at 877-897-3900.  Thank you.

June 3, 2009 – Pre-Recorded Message

Hello.  This message is for Anthony Zinni and my number is 877-897-3900.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  There will now be a short pause to allow you to disconnect.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 877-897-3900.  Thank you.

June 4, 2009 – Pre-Recorded Message
Hello.  This message is for Anthony Zinni and my number is 877-897-3900.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  There will now be a short pause to allow you to disconnect.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 877-897-3900.  Thank you.

June 14, 2009 – Pre-Recorded Message
Hello.  This message is for Anthony Zinni and my number is 877-897-3900.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  There will now be a short pause to allow you to disconnect.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 877-897-3900.  Thank you.

June 17, 2009 – Pre-Recorded Message
Hello.  This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

<u>June 19, 2009 – Pre-Recorded Message</u>
Hello.  This message is for Anthony Zinni and my number is 1-877-317-1200.  If you are not Anthony Zinni, please hang up or disconnect.  If you are Anthony Zinni, please continue to listen to this message.  There will now be a 3-second pause in this message. By continuing to listen to this message, you acknowledge you are, Anthony Zinni.  This is Kelly Smith from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about an important business matter at 1-877-317-1200.

<u>July 2, 2009 at 6:57 PM – Pre-Recorded Message</u>
Hello.  This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

<u>July 2, 2009 at 7:26 PM – Pre-Recorded Message</u>
This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to.

<u>July 2, 2009 at 7:45 PM – Pre-Recorded Message</u>
This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people.

<u>July 9, 2009 – Pre-Recorded Message</u>
Hello. This message is for Anthony Zinni and my number is 877-371-6614. If you are not the person I asked for, please hang up or disconnect. If you are the right person then please continue to listen. There will now be a short

4

pause to allow you to disconnect. By continuing to listen to this message, you acknowledge you are Anothony Zinni. This is Kelly Smith from ER Solutions. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 877-371-6614. Thank you.

July 10, 2009 – Pre-Recorded Message
Hello.  This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

July 13, 2009 – Pre-Recorded Message
This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

July 22, 2009 – Pre-Recorded Message
Hello.  This is a message is for Anthony Zinni and my number is 877-371-6614.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  There will now be a short pause to allow you to disconnect.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 877-371-6614. Thank you

<u>July 29, 2009 – Pre-Recorded Message</u>
Hello.  This is a message is for Anthony Zinni and my number is 877-371-6614.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  There will now be a short pause to allow you to disconnect.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 877-371-6614.Thank you

<u>August 10, 2009 – Pre-Recorded Message</u>
Hello.  This is a message is for Anthony Zinni and my number is 877-371-6614.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen. Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 877-371-6614. Thank you.

<u>August 11, 2009 – Pre-Recorded Message</u>
Hello.  This is a message is for Anthony Zinni and my number is 877-371-6614.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen. Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 877-371-6614.Thank you

<u>August 12, 2009 – Pre-Recorded Message</u>
Hello.  This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause

6

to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

August 17, 2009 – Pre-Recorded Message
This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

August 24, 2009 – Pre-Recorded Message
Hello.  This is a message is for Anthony Zinni and my number is 877-371-6614.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 877-371-6614.Thank you.

August 26, 2009 – Pre-Recorded Message
Hello.  This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith from ER Solutions.  This is an attempt to collect

a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

August 28, 2009 – Pre-Recorded Message

This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

September 3, 2009 – Pre-Recorded Message

This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

September 9, 2009 – Pre-Recorded Message

Hello.  This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

September 11, 2009 – Pre-Recorded Message

8

Hello.  This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

September 24, 2009 – Pre-Recorded Message
This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

September 29, 2009 at 12:35 PM – Pre-Recorded Message
Hello.  This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

September 29, 2009 at 12:59 PM – Pre-Recorded Message
Hello. This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it

9

contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

October 2, 2009 – Pre-Recorded Message
This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

October 15, 2009 – Pre-Recorded Message
Hello. This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

October 20, 2009 – Pre-Recorded Message
Hello.  This is a message is for Anthony Zinni and my number is 877-371-6614.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith a debt collector from ER Solutions.  This is an attempt to collect

a debt and any information obtained will be used for that purpose. Please contact me at 877-371-6614. Thank you.

October 21, 2009 – Pre-Recorded Message
Hello. This is a message is for Anthony Zinni and my number is 877-371-6614. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Anthony Zinni. This is Kelly Smith a debt collector from ER Solutions. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 877-371-6614. Thank you.

October 22, 2009 – Pre-Recorded Message
Hello. This is a message for Anthony Zinni and my number is 877-371-6614. If you are not the person I ask for, please hang up or disconnect. If you are the right person then please continue to listen. Anthony Zinni, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Anthony Zinni. This is Kelly Smith, a debt collector from ER Solutions. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 877-371-6614. Thank you.

October 26, 2009 – Pre-Recorded Message
This is a message is for Anthony Zinni and my number is 800-653-9156. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Anthony Zinni. This is Kelly Smith a debt collector from ER Solutions. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 800-653-9156.

October 29, 2009 – Pre-Recorded Message

11

This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

November 18, 2009 – Pre-Recorded Message
Hello. This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

November 22, 2009 – Pre-Recorded Message
This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

December 5, 2009 – Pre-Recorded Message
Hello. This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it

contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

December 6, 2009 – Pre-Recorded Message
This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

December 17, 2009 – Pre-Recorded Message
This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

December 30, 2009 – Pre-Recorded Message
This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith a debt collector from ER Solutions.  This is an attempt to collect a

debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

<u>January 7, 2010 – Pre-Recorded Message</u>
This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

<u>January 9, 2010 – Pre-Recorded Message</u>
This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

<u>January 15, 2010 – Pre-Recorded Message</u>
…message for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni, you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private.  Hello, this is a message for, Hello, this is a message for Anthony Zinni and my number is 800-653.  Hello, this is a message for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni, you should not listen to this message so other people can hear it as it contains personal and private information.  There will now be a short pause to allow

14

you to disconnect or listen to this message in private.  By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith, a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

<u>January 20, 2010 – Pre-Recorded Message</u>
...lo. This is a—. Hello. This is a message for Anthony Zinni and my number is 800-653-9156. If you are not the person I asked for, please hang up or disconnect. If you are the right person, then please continue to listen. Anthony Zinni, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Anthony Zinni. This is Kelly Smith, a debt collector from ER Solutions. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 800-653-9156.

<u>January 26, 2010 – Pre-Recorded Message</u>
This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni, you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith, a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

<u>February 1, 2010 – Pre-Recorded Message</u>
This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni, you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith, a debt collector from ER Solutions.  This is an attempt to collect a

15

debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

February 7, 2010 – Pre-Recorded Message
This is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni, you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith, a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 800-653-9156.

February 9, 2010 – Pre-Recorded Message
Hello, this is a message is for Anthony Zinni and my number is 800-653-9156.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni, you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith, a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 800-653-9156.

February 14, 2010 – Pre-Recorded Message
Hello, this is a message is for Anthony Zinni and my number is 877-371-6614.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni, you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith, a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 877-371-6614.  Thank you.

February 16, 2010 – Pre-Recorded Message

16

Hello. This is a message is for Anthony Zinni and my number is 877-371-6614.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni, you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith, a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 877-371-6614.  Thank you.

February 17, 2010 – Pre-Recorded Message
Hello. This is a message is for Anthony Zinni and my number is 877-371-6614.  If you are not the person I asked for, please hang up or disconnect.  If you are the right person, then please continue to listen.  Anthony Zinni, you should not listen to this message so that other people can hear it as it contains personal and private information.  There will now be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Anthony Zinni.  This is Kelly Smith, a debt collector from ER Solutions.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me at 877-371-6614.  Thank you.

February 26, 2010 – Pre-Recorded Message
Hello. This is a message is for Anthony Zinni and my number is 800-653-9156. If you are not the person I asked for, please hang up or disconnect.  If you are the right person, please continue to listen. Anthony Zinni, you should not listen to this message if other people can hear you because it contains private information. There will be a short pause to allow you to disconnect or listen to this—sage in—. Hello. This message is for Anthony Zinni and my number is 800-653-9156. If you are not the person I asked for, please hang up or disconnect. If you are the right person, please continue to listen. Anthony Zinni, you should not listen to this message if other people can hear you because it contains private information. There will be a short pause to allow you to disconnect or listen to this message in private. By continuing to listen to this message, you acknowledge you are Anthony Zinni. This is Kelly Smith, a debt collector from ER Solutions. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me at 800-653-9156.

11.    Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.    The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.    Defendant failed to inform Plaintiff in the messages that the

communication was from a debt collector and failed to disclose the purpose of

Defendant's messages and failed to disclose Defendant's name.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14.    Plaintiff incorporates Paragraphs 1 through 13.

15.    Defendant failed to disclose in the telephone messages that it is a debt

collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F.

Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S.

Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs.,

2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

a.    Damages;

b.    Attorney's fees, litigation expenses and costs of suit; and

18

c.      Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16.     Plaintiff incorporates Paragraphs 1 through 13.

17.     Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.      Damages;

b.      Attorney's fees, litigation expenses and costs of suit; and

c.      Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

18.     Plaintiff incorporates Paragraphs 1 through 13.

19.     Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C

§1692d(5). See _Sanchez v. Client Servs._, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

        a.      Damages;

        b.      Attorney's fees, litigation expenses and costs of suit; and

        c.      Such other or further relief as the Court deems proper.

## COUNT IV
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

20.    Plaintiff incorporates Paragraphs 1 through 13.

21.    Defendant asserted the right to collect a debt by leaving repeated telephone messages for Plaintiff without disclosing its name and that it is a debt collector and the purpose of its communications when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

        a.      Damages;

        b.      Attorney's fees, litigation expenses and costs of suit;

        c.      declaring that Defendant's practices violate the FCCPA;

    d.     permanently injoining Defendant from engaging in the complained of practices; and

    e.     Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

22.    Plaintiff incorporates Paragraphs 1 through 13.

23.    By failing to disclose its name, that it is a debt collector and the purpose of its communication, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.     Damages;

    b.     Attorney's fees, litigation expenses and costs of suit;

    c.     declaring that Defendant's practices violate the FCCPA;

    d.     permanently injoining Defendant from engaging in the complained of practices; and

    e.     Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

21

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658